certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Conover English* for petitioner. *Mr. Arthur T. Vanderbilt* for respondents.

No. 370. BARBOUR *v.* COMMISSIONER OF INTERNAL REVENUE. October 25, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John M. Hudson* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Joseph M. Jones* for respondent.

No. 373. LADOGA CANNING Co. *v.* UNITED STATES. October 25, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Harold K. Bachelder, William C. Bachelder,* and *Edwin H. Chaney* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Oscar A. Provost,* and *Miss Melva M. Graney* for the United States.

No. 378. GLEMBY Co., INC. ET AL. *v.* MONOGRAM MANUFACTURING Co. October 25, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Asher Blum* for petitioners. *Mr. Henry T. Hornidge* for respondent.

No. 379. DEGNAN *v.* COMMISSIONER OF INTERNAL REVENUE. October 25, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Raymond G. Wright, Clarence R. Innis,*

and *Arthur E. Simon* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *Samuel H. Levy,* and *Mrs. Maryhelen Wigle* for respondent.

No. 383. LETOURNEAU ET AL. *v.* COMMERCIAL MERCHANTS NATIONAL BANK & TRUST CO. October 25, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Earl B. Barnes* and *Alan W. Boyd* for petitioners.

No. 312. McLEOD, COMMISSIONER OF REVENUES, *v.* BINSWANGER & Co. October 25, 1943. Petition for writ of certiorari to the Supreme Court of Arkansas denied for want of a final judgment. *Mr. Leffel Gentry* for petitioner. *Mr. W. H. Daggett* for respondent.

No. 280. DEJORDAN *v.* HUNTER, WARDEN. October 25, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. The motion for leave to file petition for writ of habeas corpus is also denied. *Charles DeJordan, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Oscar A. Provost* for respondent.

No. 382. VANOVER *v.* COX, WARDEN. October 25, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied on the ground that the cause is moot, it appearing that petitioner is no longer in the respondent's custody. *Andy Vanover, pro se. Solici-*